

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*United States Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

September 5, 2012

**BY HAND**

The Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    **United States v. Raymond Christian, et al.,**
                 **12 Cr. 626**

                 **United States v. George Squire,**
                 **12 Mag. 2312**

                 **United States v. Quran Nichols,**
                 **12 Mag. 2311**

                 **United States v. Alton Junior,**
                 **12 Mag. 2298**

Dear Judge Davison:

      The Government respectfully requests that the above-referenced sealed indictment and complaints be unsealed. All of the defendants have been arrested. Thank you very much for your assistance in this matter.

                                                Respectfully submitted,

                                                PREET BHARARA
                                                United States Attorney

APPLICATION GRANTED

                                   By: _____
Hon. Paul E. Davison, U.S.M.J            Andrew Bauer
9/5/12                                     Assistant United States Attorney
                                                Southern District of New York
                                                (914) 993-1953