UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :

    - v. -                       :     ORDER

RAYMOND CHRISTIAN, ET AL,        :     12 Cr. 626 (ER)

    Defendant,                   :

- - - - - - - - - - - - - - - - x

Upon the application of RASHAWN VASSELL, by and through his counsel Andrew G Patel, Esq., on behalf of all defendants and with the consent of the Assistant United States Attorney Andrew Bauer, it is hereby ORDERED that the pre-trial conference in this case is continued from March 5, 2013 to April 17, 2013.

The court finds that the end of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, because it will permit the defendant the opportunity to review discovery and discuss possible dispositions of this matter. Accordingly, it is further ORDERED that the time between March 5, 2013 and April 17, 2013 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interest of justice.

Dated:   White Plains, New York
        February 27, 2013

                                      THE HONORABLE EDGARDO RAMOS
                                      UNITED STATES DISTRICT JUDGE



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/27/2013