**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*United States Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

April 15, 2013

**BY ELECTRONIC MAIL**

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

The application is  X  granted.
                   ___ denied.

/s/ Edgardo Ramos
Edgardo Ramos, U.S.D.J.
Dated: April 15, 2013
White Plains, New York

Re: **United States v. Raymond Christian, et al.**,
12 Cr. 626 (ER)

Dear Judge Ramos:

A pretrial conference in the above-referenced matter was scheduled for April 17, 2013 at 10 a.m. Both of the Assistant United Attorneys on the case are on trial in Manhattan, and therefore cannot make the scheduled conference. As such, the Government has reached out to defense counsel, all of whom have graciously consented to an adjournment of the conference to accommodate the Government's availability. After consulting the Court and defense counsel's calendars, the Government respectfully requests that the conference be adjourned to Friday, May 10, 2013, at 3 p.m.

In addition, with the consent of defense counsel, the Government respectfully requests that time be excluded under the Speedy Trial Act from April 17, 2013 through May 10, 2013, the date of the proposed conference. Among other things, this exclusion of time will allow the parties additional time to review discovery and discuss possible resolution of the case without the need for trial. For your convenience, an order excluding time pursuant to the Speedy Trial Act is enclosed.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: /s/
Andrew Bauer / Parvin Moyne
Assistant United States Attorneys
Southern District of New York
(914) 993-1953 / (212) 627-2510

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/2013

cc: counsel of record (via email)