UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x
                                   :
UNITED STATES OF AMERICA           :    **ORDER**
                                   :
            - v. -                 :    12 Cr. 626 (ER)
                                   :
RAYMOND CHRISTIAN, ET AL.,         :
                                   :
            Defendants.            :
                                   :
- - - - - - - - - - - - - - - - - x

     Upon the application of the Government, by and through

Assistant United States Attorneys Andrew Bauer and Parvin Moyne,

and with the consent of Raymond Christian, James Williams,

Rashawn Vassell, Glenn Thomas, and Kevin Burden, by and through

their counsel, it is hereby ORDERED that the time between April

17, 2013 and May 10, 2013 is hereby excluded under the Speedy

Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of

justice.

     The court finds that the ends of justice served by granting

the exclusion outweigh the best interests of the public and the

defendants in a speedy trial, because it will, among other

things, permit the parties additional time to discuss resolving

this matter without the need for trial.

Dated:    White Plains, New York
          April 15, 2013


                                   _____
                                   HONORABLE EDGARDO RAMOS
                                   UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/15/2013