**MEMO ENDORSED**

Susan K. Marcus, Esq.
Attorney at Law
875 Third Avenue, 8th Floor
New York, New York 10022
PH 347.405.5724
susankmarcus@gmail.com

June 24, 2013

Via Facsimile
(212) 805-7943

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/24/13

Hon. Edgardo Ramos
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States v. Christian, et al.*
*12 Cr. 626 (ER)*

Dear Judge Ramos:

     A motion schedule was set by the Court in this matter on May 10, 2013, with defense motions due on June 28, 2013. Counsel for Mr. Williams request a two-week extension to July 12, 2013, as Mr. Jasper is still on trial in *United States v. Wilson* in the Eastern District of New York. Counsel have reached out to all codefendant counsel as well as the Government, none of whom have an objection to the extension. Counsel also do not object to a two-week continuance for the Government's response should they require additional time (and thus a 2-week extension for defendants' replies).

     Counsel for Mr. Williams respectfully requests that the Court grant an extension for defense motions to July 12, 2013.

Respectfully submitted,

Susan K. Marcus
Richard Jasper
For Defendant James Williams

The application is  X granted.
                    __ denied.

Edgardo Ramos, U.S.D.J.
Dated: June 24, 2013
New York, New York