IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7/12/13

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 12-CR-0626 |
| Plaintiff, | **[PROPOSED] ORDER GRANTING LEAVE TO FILE BRIEF IN EXCESS OF 25 PAGES** |
| Vs. | |
| RAYMOND CHRISTIAN, ET AL, | |
| Defendants. | |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that Mr. Williams may submit a pretrial motion in excess of 25 pages, but not to exceed 50 pages.

_____
Honorable Edgardo Ramos

Dated: July 12, 2013
New York, New York