AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

United States of America

v.

Raymond Christian, et al.

**APPEARANCE**

Case Number: 12 Cr. 626 (ER)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

The United States of America

I certify that I am admitted to practice in this court.

August 5, 2013
Date

/s/
Signature

Kan M. Nawaday
Print Name                                    Bar Number

One Saint Andrew's Plaza
Address

New York, New York 10007
City           State           Zip Code

(212) 637-2311                (212) 637-2390
Phone Number                              Fax Number