

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 8/13/13

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

AUG 13 2013

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 13, 2013

**The application is ✗ granted.**
**__ denied.**

*(signature)*
Edgardo Ramos, U.S.D.J.
Dated: 8/13/2013
New York, New York

**BY ELECTRONIC MAIL**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

Re:  **United States v. Raymond Christian, et al.**,
     S1 12 Cr. 626 (ER)

Dear Judge Ramos:

    A superseding indictment, United States v. Raymond Christian, et al., S1 12 Cr. 626 (ER) (the "Superseding Indictment") was returned yesterday in the above-referenced matter. The Superseding Indictment added one defendant, Tyrell Whitaker, and added one charge, a violation of Title 18, United States Code, Section 924(c), for all defendants. Like the previous charges, the new charges stem from the December 15, 2010 murder of Jeffrey Henry. As such, no new discovery need be produced, nor should it extend the anticipated length of the coming trial.

    The next conference in this case is set for September 11, 2013. Last week, the Government reached out to defense counsel and asked if any wished for their respective client to be arraigned on the Superseding Indictment in advance of that conference. All responding counsel declined, and requested that the arraignment be conducted at the next conference. The Government, therefore, submits this letter to respectfully request that the defendants be arraigned at that conference, and that time be excluded under the Speedy Trial Act from today through September 11, 2013. This exclusion of time will, among other things, allow the parties additional time to discuss possible resolution of the case without the need for trial. For your convenience, an order excluding time pursuant to the Speedy Trial Act is enclosed.

    Respectfully submitted,

    PREET BHARARA
    United States Attorney

    By: __/s/_____
    Andrew Bauer / Kan Nawaday
    Assistant United States Attorneys
    Southern District of New York
    (212) 637-2354 / 2311

cc: counsel of record (via email)