USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 8/13/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA                : **ORDER**
:
     - v. -                              : S1 12 Cr. 626 (ER)
:
RAYMOND CHRISTIAN, ET AL.,              :
:
          Defendants.              :
:
- - - - - - - - - - - - - - - - - - - x

    Upon the application of the Government, by and through Assistant United States Attorneys Andrew Bauer and Kan Nawaday, and with no objection from Raymond Christian, James Williams, Rashawn Vassell, Glenn Thomas, Tyrell Whitaker, and Kevin Burden, by and through their counsel, it is hereby ORDERED that the time between August 13, 2013 and September 11, 2013 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.

    The court finds that the ends of justice served by granting the exclusion outweigh the best interests of the public and the defendants in a speedy trial, because it will, among other things, permit the parties additional time to discuss resolving this matter without the need for trial.

Dated:    New York, New York
           August 13, 2013

                                        HONORABLE EDGARDO RAMOS
                                        UNITED STATES DISTRICT JUDGE