```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9/12/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――x
UNITED STATES OF AMERICA        :
                                :
                                :
                                :
       - against -              :
                                :
RAYMOND CHRISTIAN, et al.,      :
                                :
              Defendants.       :
―――――――――――――――――――――x

**ORDER**

12 Cr. 626 (ER)

Ramos, D.J.:

For the reasons set forth on the record, the following motions are DENIED:

1. Defense Pretrial Motions on behalf of Defendant James Williams. Doc. #46

2. First Motion for Bill of Particulars. Doc. # 47

3. First Motion to Sever Defendant. Doc. # 50

4. First Motion to Challenge Reliability of Informants. Doc. #53

The Clerk is directed to terminate these motions.

SO ORDERED.

Dated: September 12, 2013
       New York, New York

                                                    _____
                                                    Edgardo Ramos, U.S.D.J.