USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: _10/22/13_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

　　　v.

RAYMOND CHRISTIAN, et al.

　　　　　　　　　Defendants.

**SCHEDULING ORDER**

12 Cr. 626 (ER)

Ramos, D.J.:

　　The jury selection and trial in the above-captioned matter, previously scheduled for the two week period commencing on November 4, 2013, is hereby rescheduled until **April 21, 2014**, before the Honorable Edgardo Ramos, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, 10007. The attorneys should arrive at **9:00 a.m.** Trial will commence immediately after jury selection.

　　The parties are directed to submit notice of any scheduling conflicts in writing to the Court by October 30, 2013.

　　SO ORDERED.

Dated: October 22, 2013
　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Edgardo Ramos, U.S.D.J.