```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 10/22/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

RAYMOND CHRISTIAN, et al.

                Defendants.
-----------------------------------------------------------x

**RESCHEDULING NOTICE**

12 Cr. 626 (ER)

The above case previously scheduled for November 4, 2013 **at 2:15 pm is hereby rescheduled until November 4, 2013 at <u>4:00</u> pm** in Courtroom 619 before the Hon. Edgardo Ramos, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.

_____
Carlos Gomez, Courtroom Deputy

Dated: October 22, 2013
       New York, New York