UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - x
                                       :
UNITED STATES OF AMERICA               :       **INDICTMENT**
                                       :
        - v. -                         :       S3 12 Cr. 626 (ER)
                                       :
RAYMOND CHRISTIAN,                     :
    a/k/a "Reckless,"                  :
JAMES WILLIAMS,                        :
    a/k/a "L-1,"                       :
TYRELL WHITAKER,                       :
    a/k/a "Bow Wow," and                :
GLENN THOMAS,                          :
    a/k/a "Gucci,"                     :
                                       :
                    Defendants.        :
- - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 18 2013

### COUNT ONE

The Grand Jury charges:

1.  In or about December 2010, in the Southern District of New York and elsewhere, RAYMOND CHRISTIAN, a/k/a "Reckless," JAMES WILLIAMS, a/k/a "L-1," and GLENN THOMAS, a/k/a "Gucci," the defendants, and others known and unknown, unlawfully and knowingly did combine, conspire, confederate, and agree together and with each other to commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and would and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, the defendants and others agreed to commit an armed

1

robbery of individuals they believed to be in possession of narcotics and narcotics proceeds in Newburgh, New York.

Overt Acts

2. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

    a. On or about December 15, 2010, JAMES WILLIAMS, a/k/a "L-1," the defendant, arranged for firearms to be provided to RAYMOND CHRISTIAN, a/k/a "Reckless," and GLENN THOMAS, a/k/a "Gucci," the defendants, and other co-conspirators not named as defendants herein.

    b. On or about December 15, 2010, RAYMOND CHRISTIAN, a/k/a "Reckless," GLENN THOMAS, a/k/a "Gucci," the defendants, and other co-conspirators not named as defendants herein, robbed and attempted to rob individuals selling cocaine base and marijuana from an apartment located at 54 Chambers Street, Newburgh, New York.

(Title 18, United States Code, Section 1951.)

### COUNT TWO

The Grand Jury further charges:

3. On or about December 15, 2010, in the Southern District of New York and elsewhere, RAYMOND CHRISTIAN, a/k/a "Reckless," JAMES WILLIAMS, a/k/a "L-1," TYRELL WHITAKER, a/k/a

"Bow Wow," and GLENN THOMAS, a/k/a "Gucci," the defendants, and others known and unknown, unlawfully and knowingly did commit and attempt to commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, the defendants committed and attempted to commit an armed robbery of individuals they believed to be in possession of narcotics and narcotics proceeds, in the vicinity of 54 Chambers Street, Newburgh, New York.

(Title 18, United States Code, Sections 1951 and 2.)

## COUNT THREE

The Grand Jury further charges:

4. From in or about 2008 through in or about September 2012, in the Southern District of New York and elsewhere, RAYMOND CHRISTIAN, a/k/a "Reckless," JAMES WILLIAMS, a/k/a "L-1," and GLENN THOMAS, a/k/a "Gucci," the defendants, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

5. It was a part and an object of the conspiracy that from in or about 2008 through in or about September 2012, in the Southern District of New York and elsewhere, RAYMOND CHRISTIAN,

3

a/k/a "Reckless," JAMES WILLIAMS, a/k/a "L-1," and GLENN THOMAS, a/k/a "Gucci," the defendants, and others known and unknown, would and did distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

6. The controlled substances involved in the offense were: (1) mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack," in violation of Title 21, United States Code, Section 841(b)(1)(A); (2) mixtures and substances containing a detectable amount of heroin, in violation of Title 21, United States Code, Section 841(b)(1)(C), and (3) a quantity of marijuana, in violation of Title 21, United States Code, Section 841(b)(1)(D).

(Title 21, United States Code, Section 846.)

## COUNT FOUR

The Grand Jury further charges:

7. On or about December 15, 2010, in the Southern District of New York, RAYMOND CHRISTIAN, a/k/a "Reckless," JAMES WILLIAMS, a/k/a "L-1," TYRELL WHITAKER, a/k/a "Bow Wow," and GLENN THOMAS, a/k/a "Gucci," the defendants, and others known and unknown, willfully and knowingly, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, namely, the robbery conspiracy, robbery, and attempted robbery charged in Counts One and Two above, did

4

use and carry firearms, and, in furtherance of such crimes, did possess firearms, and did aid and abet the use, carrying, and possession of firearms, and in the course thereof did cause the death of a person through the use of a firearm, which killing is murder as defined in Title 18, United States Code, Section 1111(a), to wit, the defendants caused the death of Jeffrey Henry by discharging a firearm at Jeffrey Henry, in the vicinity of 54 Chambers Street, Newburgh, New York.

(Title 18, United States Code, Sections 924(j)(1) and 2.)

### COUNT FIVE

The Grand Jury further charges:

8. On or about December 15, 2010, in the Southern District of New York, RAYMOND CHRISTIAN, a/k/a "Reckless," JAMES WILLIAMS, a/k/a "L-1," TYRELL WHITAKER, a/k/a "Bow Wow," and GLENN THOMAS, a/k/a "Gucci," the defendants, and others known and unknown, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, namely, the robbery conspiracy, robbery, and attempted robbery charged in Counts One and Two above, knowingly did use and carry firearms, and, in furtherance of such crimes, did possess firearms, and did aid and abet the use, carrying, and possession of firearms, which firearms were brandished and discharged.

(Title 18, United States Code, Sections 924(c)(1)(A)(ii) & (iii) and 2.)

## COUNT SIX

The Grand Jury further charges:

9. From in or about 2008 through in or about September 2012, in the Southern District of New York, RAYMOND CHRISTIAN, a/k/a "Reckless," JAMES WILLIAMS, a/k/a "L-1," TYRELL WHITAKER, a/k/a "Bow Wow," and GLENN THOMAS, a/k/a "Gucci," the defendants, and others known and unknown, during and in relation to a drug trafficking crime for which they may be prosecuted in a court of the United States, namely, the narcotics conspiracy charged in Count Three of this Indictment, knowingly did use and carry firearms, and, in furtherance of such crime, did possess firearms, and did aid and abet the use, carrying, and possession of firearms.

(Title 18, United States Code, Sections 924(c)(1)(A)(i), 924(c)(1)(C)(i), and 2.)

_____  
FOREPERSON

_____  
PREET BHARARA  
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA

- v. -

RAYMOND CHRISTIAN, a/k/a "Reckless,"
JAMES WILLIAMS, a/k/a "L-1,"
TYRELL WHITAKER, a/k/a "Bow Wow," and
GLENN THOMAS, a/k/a "Gucci,"

Defendants.

---

**INDICTMENT**

S3 12 Cr. 626 (ER)

(18 U.S.C. §§ 1951, 924(j), 924(c), and 2;
21 U.S.C. § 846.)

PREET BHARARA
United States Attorney.

_/s/_
Foreperson

12/18/13  Filed Indictment

Copy, USMJ