```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 1/17/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA

  - v. -

RAYMOND CHRISTIAN, et al.,

            Defendants.

------------------------------------------------------------x

**SCHEDULING ORDER**

12 Cr. 626 (ER)

<u>Ramos, D.J.</u>:

This Case Scheduling Order is hereby adopted.

1. A two to three week jury trial has been scheduled in this action, starting the week of April 21, 2014. Jury selection will be conducted on **April 21, 2014 at 9:30 a.m.** with trial to commence immediately thereafter.

2. Motions *in limine*, proposed *voir dire* questions, proposed jury instructions, and proposed verdict forms should be filed by **March 21, 2014** and any responses or oppositions thereto should be filed by **March 28, 2014.**

3. The Final Pretrial Conference shall be held on **April 17, 2014 at 10:00 a.m.**

SO ORDERED.

Dated: January 17, 2014
       New York, New York

                                        _____
                                        Edgardo Ramos, U.S.D.J.