```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------x

UNITED STATES OF AMERICA                :

        - v. -                          :

RAYMOND CHRISTIAN,                      :
TYRELL WHITAKER, and
GLENN THOMAS,                           :
              Defendants.          :

------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7/14/2014

**SCHEDULING ORDER**

12 Cr. 626 (ER)

Ramos, D.J.:

       This Case Scheduling Order is hereby adopted.

1. A two to three week jury trial has been scheduled in this action, starting the week of August 4, 2014. Jury selection and trial will be conducted in **Courtroom 110** of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007 on **August 4, 2014 at 9:30 a.m.**

2. The Final Pretrial Conference shall be held in **Courtroom 619** of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007 on **August 1, 2014 at 2:30 p.m.**

SO ORDERED.

Dated: July 14, 2014
       New York, New York

                                                            Edgardo Ramos, U.S.D.J.