```
                                                USDC SDNY
                                                DOCUMENT
UNITED STATES DISTRICT COURT                    ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                   DOC# _____
- - - - - - - - - - - - - - - - - - -  x       DATE FILED: 7/15/2014
                                        :
UNITED STATES OF AMERICA                :       S3 12 Cr. 626 (ER)
                                        :
           - v. -                       :       ORDER
                                        :
RAYMOND CHRISTIAN,                      :
    a/k/a "Reckless,"                   :
GLENN THOMAS,                           :
    a/k/a "Gucci," and                  :
TYRELL WHITAKER,                        :
    a/k/a "Bow Wow,"                    :
                                        :
           Defendants.                  :
- - - - - - - - - - - - - - - - - - -  x
```

Upon the application of the United States of America, Preet Bharara, United States Attorney for the Southern District of New York, by and through Assistant United States Attorneys Andrew Bauer and Kan M. Nawaday, of counsel, for an order precluding the dissemination of material produced pursuant to 18 U.S.C. § 3500 ("3500 material") pertaining to the Government's cooperating witnesses or lay witnesses (also identified as the Government's non-law enforcement witnesses or experts) – which, as of July 15, 2014, have been marked by the Government with numbers 3501, 3502, 3503, 3504, 3505, 3506, 3507, 3508, 3509 and 3513 – for the reasons stated in the Government's motion dated July 15, 2014, and based on the Court's independent review, it is hereby

ORDERED that (1) defense counsel must destroy or return to the Government all 3500 material (including all copies), at the conclusion of the trial of this matter or when any appeal has become final; (2) the defense is precluded from disseminating any 3500 material pertaining to cooperating witnesses and lay witnesses (and any copies) to anyone beyond the defendants, defense counsel, and any paralegal, investigator or staff employed by the defense; (3) the defense may discuss the 3500 material with, show the 3500 material to, but may <u>not</u> make copies of that material for counsel for other defendants charged in 12 Cr. 626 (ER); and (4) each defendant himself is precluded from taking any 3500 material pertaining to cooperating witnesses or lay witnesses (or any copies) - which have been marked by the Government with numbers 3501, 3502, 3503, 3504, 3505, 3506, 3507, 3508, 3509 and 3513 - with him into any jail facility, or possessing any 3500 material pertaining to cooperating witnesses or lay witnesses in any jail facility, either before, during, or after trial; except that the defendant may review 3500 material pertaining to cooperating witnesses and lay witnesses in the possession of defense counsel when in the presence of defense counsel.

Dated:    New York, New York
          July 15, 2014

_____
THE HONORABLE EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE