```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7/28/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA

        - against -

RAYMOND CHISTRIAN,
TYRELL WHITAKER, and
GLENN THOMAS
                      Defendants.
------------------------------------------------------x

**SCHEDULING NOTICE**

12 Cr. 626. (ER)

This trial scheduled to commence on August 4, 2014 and previously assigned to be conducted in Courtroom 110 of the Thurgood Marshall United States Courthouse will now be held in **Courtroom 318** of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.

                                           _____
                                           Jazmin Rivera, Courtroom Deputy

Dated: New York, New York
          July 28, 2014