```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x
                                       :
UNITED STATES OF AMERICA               :    S3 12 Cr. 626 (ER)
                                       :
     - v. -                            :
                                       :
RAYMOND CHRISTIAN,                     :
TYRELL WHITAKER, and                   :
GLENN THOMAS,                          :
                                       :
          Defendants.                  :
- - - - - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 8/25/2014

## VERDICT FORM

**COUNT ONE:**   Conspiracy to Commit Robbery

How do you find the defendants, RAYMOND CHRISTIAN and GLENN THOMAS, with respect to Count One: Conspiracy to Commit Robbery?

RAYMOND CHRISTIAN:   Guilty  **X**        Not Guilty _____

GLENN THOMAS:        Guilty  **X**        Not Guilty _____

**COUNT TWO:**   Robbery

How do you find the defendants, RAYMOND CHRISTIAN, TYRELL WHITAKER, and GLENN THOMAS, with respect to Count Two: Robbery?

RAYMOND CHRISTIAN:   Guilty  **X**        Not Guilty _____

TYRELL WHITAKER:     Guilty  **X**        Not Guilty _____

GLENN THOMAS:        Guilty  **X**        Not Guilty _____

**COUNT THREE:**     Narcotics Conspiracy

How do you find the defendants, RAYMOND CHRISTIAN and GLENN THOMAS, with respect to Count Three: Conspiracy to Distribute or Possess with Intent to Distribute Controlled Substances?

RAYMOND CHRISTIAN:    Guilty \_\_\_\_\_        Not Guilty  X

GLENN THOMAS:         Guilty \_\_\_\_\_        Not Guilty  X

3(a). **"Crack" Cocaine:** If you answered *Guilty* for Count Three for Raymond Christian, please answer the following question:

Do you unanimously find beyond a reasonable doubt that the defendant, Raymond Christian, conspired to distribute or possess with intent to distribute cocaine base, in a form commonly known as "crack"?

\_\_\_\_\_YES                    \_\_\_\_\_NO

3(b). **Heroin:** If you answered *Guilty* for Count Three for Raymond Christian, please answer the following question:

Do you unanimously find beyond a reasonable doubt that the defendant, Raymond Christian, conspired to distribute or possess with intent to distribute heroin?

\_\_\_\_\_YES                    \_\_\_\_\_NO

3(c). **Marijuana:** If you answered *Guilty* for Count Three for Raymond Christian, please answer the following question:

Do you unanimously find beyond a reasonable doubt that the defendant, Raymond Christian, conspired to distribute or possess with intent to distribute marijuana?

\_\_\_\_\_YES                    \_\_\_\_\_NO

- 3 -

**3(d). <u>"Crack" Cocaine</u>:** <u>If you answered *Guilty* for Count Three for Glenn Thomas</u>, please answer the following question:

Do you unanimously find beyond a reasonable doubt that the defendant, Glenn Thomas, conspired to distribute or possess with intent to distribute cocaine base, in a form commonly known as "crack"?

_____YES                              _____NO

**3(e). <u>Heroin</u>:** <u>If you answered *Guilty* for Count Three for Glenn Thomas</u>, please answer the following question:

Do you unanimously find beyond a reasonable doubt that the defendant, Glenn Thomas, conspired to distribute or possess with intent to distribute heroin?

_____YES                              _____NO

**3(f). <u>Marijuana</u>:** <u>If you answered *Guilty* for Count Three for Glenn Thomas</u>, please answer the following question:

Do you unanimously find beyond a reasonable doubt that the defendant, Glenn Thomas, conspired to distribute or possess with intent to distribute marijuana?

_____YES                              _____NO

- 4 -

**COUNT FOUR:** Murder Through Use of a Firearm Relating to a Crime of Violence (as charged in Counts One and Two)

<u>Only consider Count Four if you have found the defendants *Guilty* on Count One OR Count Two</u>.

How do you find the defendants, RAYMOND CHRISTIAN, TYRELL WHITAKER, and GLENN THOMAS, with respect to Count Four: Murder Through the Use of a Firearm During and In Relation to a Crime of Violence (as charged in Counts One and Two)?

RAYMOND CHRISTIAN:   Guilty __X__         Not Guilty _____

TYRELL WHITAKER:     Guilty __X__         Not Guilty _____

GLENN THOMAS:        Guilty __X__         Not Guilty _____

**COUNT FIVE:** Use of Firearms During and In Relation to a Crime of Violence (as charged in Counts One and Two)

<u>Only consider Count Five if you have found the defendants *Guilty* on Count One OR Count Two</u>.

How do you find the defendants, RAYMOND CHRISTIAN, TYRELL WHITAKER, and GLENN THOMAS, with respect to Count Five: Use of a Firearm During and In Relation to a Crime of Violence (as charged in Counts One and Two)?

RAYMOND CHRISTIAN:   Guilty __X__         Not Guilty _____

TYRELL WHITAKER:     Guilty __X__         Not Guilty _____

GLENN THOMAS:        Guilty __X__         Not Guilty _____

- 5 -

**5(a). Brandish/Discharge:** <u>If you answered *Guilty* for Count Five for Raymond Christian</u>, please answer the following question:

If you found the Defendant, Raymond Christian, guilty of Count Five, please indicate if you also found him responsible for brandishing or discharging the firearm?

    Brandish?    Yes  X    No ___

    Discharge?    Yes ___    No  X

**5(b). Brandish/Discharge:** <u>If you answered *Guilty* for Count Five for Tyrell Whitaker</u>, please answer the following question:

If you found the Defendant, Tyrell Whitaker, guilty of Count Five, please indicate if you also found him responsible for brandishing or discharging the firearm?

    Brandish?    Yes  X    No ___

    Discharge?    Yes ___    No  X

**5(c). Brandish/Discharge:** <u>If you answered *Guilty* for Count Five for Glenn Thomas</u>, please answer the following question:

If you found the Defendant, Glenn Thomas, guilty of Count Five, please indicate if you also found him responsible for brandishing or discharging the firearm?

    Brandish?    Yes  X    No ___

    Discharge?    Yes ___    No  X

- 6 -

COUNT Six:     Use of Firearms During and In Relation to a Drug
               Trafficking Crime (as charged in Count Three)

Only consider Count Six if you have found the defendants *Guilty* on Count Three.

How do you find the defendants, RAYMOND CHRISTIAN and GLENN THOMAS, with respect to Count Six: Use of a Firearm During and In Relation to a Drug Trafficking Crime (as charged in Count Three) on an occasion other than the December 15, 2010 robbery (as charged in Counts One and Two)?

RAYMOND CHRISTIAN:    Guilty _____          Not Guilty _____

GLENN THOMAS:         Guilty _____          Not Guilty _____

Dated:    New York, New York
          August 22, 2014

_____
Signature of Foreperson

Danny Bell
_____
Print name