UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA,

    -against-                                              **NOTICE OF MOTION**
                                                          **12 Cr. 626 (ER)**

TYRELL WHITAKER,

              Defendant.
--------------------------------------------------------x

      **PLEASE TAKE NOTICE,** that upon the annexed affirmation of Ying Stafford, Esq., attorney for Tyrell Whitaker, that accompanying Memorandum of Law, the defendant Tyrell Whitaker will move before the Honorable Edgardo Ramos for Southern District of New York, at the United States Courthouse located at 500 Pearl Street, New York, New York, for an order granting defendant's post-trial motions or a hearing, and leave to join in the motions made by counsel for the co-defendants to the extent said motions are applicable to the defendant Whitaker, and further relief this Court deems just and proper.

    Dated: New York, New York
              Jan 21, 2015

                                                                       Respectfully submitted

                                                                         Ying Stafford_____
                                                                       Ying Stafford
                                                                       *Attorney for Tyrell Whitaker*
                                                                       276 Fifth Avenue – Suite 501
                                                                       New York, New York 10001
                                                                       Telephone: 212-689-3858
                                                                       Fax: 212-689-0669

To:    CLERK OF THE COURT UNITED
         STATES ATTORNEY SOUTHERN
         DISTRICT OF NEW YORK UNITED
         STATES DISTRICT COURT