UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,

    -against-	    **AFFIRMATION**
        **12 Cr. 626 (ER)**

TYRELL WHITAKER,

    Defendant.
-------------------------------------------------------x

   **YING STAFFORD**, an attorney duly admitted to practice law before this Court, affirms as following under penalty of perjury:

1. I am the attorney for the defendant Tyrell Whitaker ("Whitaker" or "the defendant") and as such I am fully familiar with the facts and circumstances of this case.
2. This affirmation is submitted in support of the defendant's post-trial motions for judgment of acquittal and/or a new trial or a hearing, and leave to join in the motions made by counsel for the co-defendants to the extent said motions are applicable to the defendant Whitaker.

   WHEREFORE, for the reasons presented in the accompanying Memorandum of Law, your deponent prays for an order, granting the defendant all of the relief enumerated in the Notice of Motion, and requested herein, together with such other and further relief as this Court deems just and proper.

Dated: New York, New York
      January 21, 2015

                                                                Respectfully submitted

                                                                  Ying Stafford
                                                         Ying Stafford
                                                         *Attorney for Tyrell Whitaker*
                                                         276 Fifth Avenue
                                                         Suite 501
                                                         New York, New York 10001
                                                         Telephone: 212-689-3858
                                                         Fax: 212-689-3858