

**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 11, 2015

**By Facsimile**

The Honorable Edgardo Ramos
United States District Judge
 For the Southern District of New York
40 Foley Square
New York, New York 10007
Fax: (212) 805-7943

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3/11/2015

Re:   United States v. Christian, et al., 12 Cr. 626 (ER)

Dear Judge Ramos:

    The Government writes to respectfully request a two-week extension of its time to submit its post-trial brief to March 27, 2015. Defense counsel does not object to this request.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: /s/ Kan M. Nawaday
    Kan M. Nawaday / Andrew Bauer
    Assistant United States Attorneys
    (212) 637-2311 / 2354

Cc: Defense counsel of record for Raymond Christian, Glenn Thomas and Tyrell Whitaker.
    (By email)

The application is   ✓ granted.
                     __ denied.

_____
Edgardo Ramos, U.S.D.J.
Dated: 3/11/15
New York, New York 10007