```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 7/30/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA,

            - against -

RAYMOND CHRISTIAN,
TYRELL WHITAKER, and
GLENN THOMAS,

                    Defendants.
------------------------------------------------------x

NOTICE OF COURT CONFERENCE

12 Cr. 626 (ER)

     A conference will be held before the Hon. Edgardo Ramos, U.S.D.J. on **Thursday, August 6, 2015 at 2:30 pm** at the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, NY 10007, Courtroom 619.

                                       _____
                                       Jazmin Rivera, Courtroom Deputy

Dated: New York, New York
         July 30, 2015