```
                                        USDC SDNY
                                        DOCUMENT
                                        ELECTRONICALLY FILED
                                        DOC# _____
UNITED STATES DISTRICT COURT            DATE FILED: 8/7/2015
SOUTHERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA,

v.

RAYMOND CHRISTIAN, et al.

　　　　　　　　Defendants.

**ORDER**

12 Cr. 626 (ER)

Ramos, D.J.:

For the reasons set forth on the record, Defendants' motions for acquittal, motions to set aside the verdict, and motions for a new trial are hereby DENIED. The Clerk of the Court is respectfully directed to terminate the motions, Docs. 208,[1] 209, 215, and 218.

SO ORDERED.

Dated: August 7, 2015
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Edgardo Ramos, U.S.D.J.

---

[1] Docket entry 208 is a Letter Motion by Michael Sporn, counsel for Defendant Glenn Thomas, seeking an extension of time to file post-verdict motions.