UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: _2|23|2016_

---

UNITED STATES OF AMERICA

v.

RAYMOND CHRISTIAN,
GLENN THOMAS, and
TYRELL WHITAKER,

Defendants.

**ORDER**
12-cr-626 (ER)

---

RAMOS, D.J.:

By letter dated February 21, 2016, Defendant Tyrell Whitaker, through counsel,

requested adjournment of his February 26 sentencing.  By letters dated February 22, 2016,

Defendants Raymond Christian and Glenn Thomas, through their respective counsel, also

requested adjournment of their sentencings, which are currently scheduled for February 25,

2016.  Defendants' requests are hereby GRANTED.  Sentencing will take place on Wednesday,

April 13, 2016 as follows:

- Raymond Christian at 10:00 am,

- Glenn Thomas at 10:45 am, and

- Tyrell Whitaker at 11:30 am.

The Clerk of the Court is respectfully directed to terminate the motions nos. 276, 277,

and 278.

It is SO ORDERED.

Dated:  February 23, 2016
New York, New York

_____
Edgardo Ramos, U.S.D.J.