USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

RAYMOND CHRISTIAN, et al.

                     Defendants.

**ORDER**

12 Cr. 626 (ER)

Ramos, D.J.:

    The Government is hereby ordered to respond to Defendants' Supplemental Motion for Acquittal or New Trial (Doc. 284) on or before **April 22, 2016**.

    The three sentencing proceedings scheduled in this case—two on April 13, 2016 for Defendants Christian and Thomas, and one on April 22, 2016 for Defendant Whitaker—are hereby adjourned *sine die*.

    It is SO ORDERED.

Dated: April 8, 2016
       New York, New York

                                            Edgardo Ramos, U.S.D.J.