USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: ___12/3/2019___



KREINDLER & KREINDLER LLP | 750 Third Avenue | New York, NY 10017-2725
office: 212.687.8181 | fax: 212.972.9432 | www.kreindler.com

# MEMO ENDORSED

December 2, 2019

Via ECF/CM
Hon. Edgardo Ramos
United States District Court
for the Southern District of New York
40 Foley Square
New York, NY 10007

> Sentencing is adjourned to April 8, 2019, at 11:00 a.m.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: ___12/3/2019_____
> New York, New York

Re:     *United States v. Christian, et al.* (Raymond Christian) 12 Cr. 626

Dear Judge Ramos:

I am counsel to Raymond Christian, who is scheduled to be sentenced on December 18, 2019. On October 27, 2019, this Court issued an Order denying post-trial motions by the defense seeking various forms of relief and scheduling the sentencing hearing. Mr. Christian, however, has been taking GED courses at the Metropolitan Correctional Center and is also planning to join the Focus Forward and Reflections programs in their upcoming iterations. In light of these programming opportunities, which he hopes to see through until their natural conclusions, Mr. Christian has asked if his sentencing could be adjourned. Given the nature of the Focus Forward course, which I confirmed with its staff earlier today, it is likely that Raymond will not finish it until March 2020. While this is a substantial adjournment, given that an adjournment would facilitate Raymond's commendable participation in worthwhile programming, I respectfully ask that this Court adjourn his sentencing from December 18, 2019 until a date on or after March 30, 2020. If, for some reason, the Focus Forward program will not commence in time to be completed by March 30, I will update the Court with that information. Similarly, if it will be completed substantially earlier – which the program could not estimate at this time – I will also provide that information to the Court.

This would be the first adjournment following decision on the post-trial motions. The government has advised me that it does not object to the request.

For the foregoing reasons, I respectfully request that the sentencing for Raymond Christian be adjourned from December 18, 2019 until sometime on or after March 30, 2020.

Respectfully submitted,

_____
        /s/
Megan W. Benett
Counsel for Raymond Christian

cc: All counsel of record via ECF/CM

New York              Boston              Los Angeles