

KREINDLER & KREINDLER LLP | 750 Third Avenue | New York, NY 10017-2725
office: 212.687.8181 | fax: 212.972.9432 | www.kreindler.com

June 4, 2020

Via ECF/CM
Hon. Edgardo Ramos
United States District Court
for the Southern District of New York
40 Foley Square
New York, NY 10007

> Sentencing is adjourned to October 2, 2020, at 11:00 AM.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: ___6/8/2020_____
> New York, New York

**MEMO ENDORSED**

Re:  *United States v. Christian, et al.* (Raymond Christian) 12 Cr. 626

Dear Judge Ramos:

I represent Raymond Christian in the above-referenced action and write to ask the Court to adjourn his sentencing currently scheduled for June 25, 2020 until a date when he can appear and his family members may appear in court in person, preferably sometime after September 21, 2020. I have conferred with the government and it has no objection to this request. This would be the third adjournment following decision on the post-trial motions.

While Mr. Christian has been incarcerated at the Metropolitan Correctional Center (MCC) for nearly eight years, given the significant sentencing exposure he faces, despite the risks to his health and safety at the MCC, we believe it critical that his sentencing proceed in person and not by videoconference. Indeed, Mr. Christian has advised me that he does not consent to proceed remotely for purposes of sentencing.

So as to allow the sentencing to proceed in person, and because of my schedule and availability over the next months, I respectfully ask that this Court adjourn the June 25, 2020 sentencing until a date on or after September 21, 2020.

Respectfully submitted,

/s/
_____
Megan W. Benett
Counsel for Raymond Christian

cc: All counsel of record via ECF/CM

New York          Boston          Los Angeles