**ArentFox Schiff**

**MEMO ENDORSED**

ArentFox Schiff LLP
1301 Avenue of the Americas
42nd Floor
New York, NY  10019

212.484.3900  **MAIN**
212.484.3990  **FAX**

afslaw.com

Patricia A. Pileggi
**Partner**
212.745.0839  **DIRECT**
patricia.pileggi@afslaw.com

July 19, 2023

**BY ECF**

Honorable Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

> The Clerk's Office is respectfully directed to refund Mr. Christian the $200 in special assessment payments. SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: 9/23/24
> New York, New York

**Re:   United States v. Raymond Christian, et al.
         12-cr-626 (SDNY)**

Dear Judge Ramos:

      We represent Defendant-Appellant Raymond Christian, pursuant to an appointment under the Criminal Justice Act. We write on behalf of Mr. Christian to request that Your Honor refund two special assessments that Mr. Christian paid in relation to counts against him that have been vacated.

      On March 19, 2021, Mr. Christian was ordered to pay $400 in special assessments relating to his counts of conviction, including $100 for use of a firearm in the course of a crime of violence under 18 U.S.C. § 924(c)(1)(A) (Count 4 of the S3 superseding indictment), and $100 for use of a firearm in the course of a crime of violence that caused the death of another person under 18 U.S.C. § 924(j) (Count 5 of the S3 superseding indictment). On November 15, 2022, the Court of Appeals for the Second Circuit vacated Counts 4 and 5 against Mr. Christian, and on May 10, 2023, the Court sentenced Mr. Christian on the remaining counts of conviction.

      Counsel thereafter asked the Clerk's Office to refund the special assessments paid by Mr. Christian for Counts Four and Five. The Clerk's Office requested an order from Your Honor directing that the $200 in special assessment payments be refunded. In light of this, we respectfully request that the Court "so order" this letter application. If the Court would prefer, we can submit a proposed order for the Court's consideration.

      We thank the Court for its consideration of this this request.

                                     Respectfully submitted,

                                     /s/ Patricia A. Pileggi